```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

TERRANCE DeWAYNE WILLIAMS,            :
                                      :
    Petitioner,                       :
                                      :
                                      :     CIVIL ACTION 12-0337-WS-M
v.                                    :
                                      :
UNITED STATES OF AMERICA,             :
*et al.*,                             :
                                      :
    Respondents.                      :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the Petition for Habeas Corpus (Doc. 8) be DENIED and that this action be DISMISSED. It is further ORDERED that any certificate of appealability filed by Petitioner be DENIED as he is not entitled to appeal *in forma pauperis*.

DONE this 30th day of May, 2013.

                                                      s/WILLIAM H. STEELE
                                                    CHIEF UNITED STATES DISTRICT JUDGE