```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

TERRANCE DeWAYNE WILLIAMS,  :
                            :
    Petitioner,             :
                            :
                            :   CIVIL ACTION 12-0337-WS-M
v.                          :
                            :
UNITED STATES OF AMERICA,   :
*et al.*,                   :
                            :
    Respondents.            :

<u>JUDGMENT</u>

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent, the United States of America, and against Petitioner Terrance DeWayne Williams.

DONE this 30th day of May, 2013.


                              <u>s/WILLIAM H. STEELE</u>
                              CHIEF UNITED STATES DISTRICT JUDGE