```
                   IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF ALABAMA
                             SOUTHERN DIVISION
```

TERRANCE DeWAYNE WILLIAMS,       :
                                 :
    Petitioner,                  :
                                 :
                                 :     CIVIL ACTION 12-0337-WS-M
v.                               :
                                 :
UNITED STATES OF AMERICA,        :
*et al.*,                        :
                                 :
    Respondents.                 :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent, the United States of America, and against Petitioner Terrance DeWayne Williams.

DONE this 30th day of May, 2013.


                                                  s/WILLIAM H. STEELE
                                                CHIEF UNITED STATES DISTRICT JUDGE